UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------X       Chapter    **7**

IN RE:   **Yakov Balagula**

                                        Case No.:

                          Debtor(s)        <u>STATEMENT PURSUANT TO LOCAL RULE 2017</u>

---------------------------------------------X

I, **Gregory M. Messer 7539**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time 2/26/25 | Services |
|---|---|
| 3 hrs | Review of bankruptcy options as to the means to resolve financial issues and review of alternate methods by which to deal with the Debtor's obligations |
| 3.5 hrs | Analysis of the Debtor's financial situation and rendering advice as to the filing of a bankruptcy petition |
| 4 hrs. | Preparation and review of the Bankruptcy Petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $  <u>**2,100.00**</u>  .

Dated:

                                                /s/ Gregory Messer
                                               **Gregory M. Messer 7539**
                                               Attorney for debtor(s)
                                               **Law Office of Gregory Messer**
                                               **26 Court Street**
                                               **Suite 2400**
                                               **Brooklyn, NY 11242**
                                               **718 858-1474 Fax:718 797-5360**
                                               **gmesser@messer-law.com**